UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
                                                 Case No. 14-44597-ess

In re:                                        AFFIDAVIT OF SERVICE

Geoffrey M. James,

                              Debtor.

----------------------------------------X

STATE OF NEW YORK    )
                        ss.:
COUNTY OF NASSAU     )

    **NINA ARCESE** of Nassau County, New York being duly sworn, deposes and says that deponent is not a party to this proceeding and is over 18 years of age.

    On **January 30, 2015** deponent served the within **SUPPLEMENTAL OBJECTION TO CONFIRMATION OF DEBTOR'S AMENDED CHAPTER 13 PLAN** at the addresses listed, said address being designated for that purposes **First Class Mail** by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of US Postal Service.


TO:    Geoffrey M. James
        742 Pennsylvania Avenue
        Brooklyn, New York  11236

        Norma E. Ortiz, Esq.
        Ortiz & Ortiz LLP
        32-72 Steinway Street
        Suite 402
        Astoria, New York  11103

        Marianne DeRosa
        115 Eileen Way
        Suite 105
        Syosset, New York  11791

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street
Suite 1006
New York, New York  10014

                                        /s/ Nina Arcese
                                        NINA ARCESE

Sworn to before me this
30th day of January, 2015

/s/ Elena Camuza
Notary Public

ELENA CAMUZA
Notary Public, State of New York
No. 01CA5012740
Qualified in Nassau County
Commission Expires June 15, 20 15

NXA/D1013697v1/M063832/C0142140